

DELAHUNT LAW
P L L C

> Application granted.  Conference is adjourned until
> March 30, at noon.
>
> SO ORDERED.
>                                   /s/ John G. Koeltl
> New York, New York          John G. Koeltl
> February 22, 2021                 U.S.D.J.

February 16, 2021

**BY ECF**

Hon. John G. Koeltl, U.S.D.J.
United States District Court
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, New York 10007-1312

     Re:   <u>Mt. Hawley Ins. Co. v. Shree Aum, LLC and Rajesh B. Patel</u>
          (U.S. Dist. Ct. S.D.N.Y., Civ. Action No. 1:20-cv-09902-JGK)

     Our File:  1:20-cv-09902

Dear Judge Koeltl:

This firm is counsel for plaintiff Mt. Hawley Insurance Company ("Mt. Hawley").  We have received the Court's order scheduling a pretrial conference (by telephone) on February 22, 2021 at 4:00 p.m. We wish to advise the Court that we have made arrangements for personal service of the defendants in Oklahoma.  However, we are still waiting for confirmation that service is complete (and for affidavits of service).  We are ready and available to appear for the conference as scheduled, but we are providing this update in the event the Court wishes to reschedule the conference for a date following completion of service.  We have been advised that service is scheduled to be completed this week.  This is the first request for an adjournment.  We apologize for any inconvenience occasioned by the delay.

Respectfully submitted,

DELAHUNT LAW PLLC

Timothy E. Delahunt
tdelahunt@delahuntpllc.com

295 Main Street  ·  Suite 836  ·  Buffalo, New York 14203  ·  T 716 878 9178  ·  www.delahuntpllc.com