```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
───────────────────────────────────────
```

MT. HAWLEY INSURANCE COMPANY,                       20-cv-9902 (JGK)

        Plaintiff,                                ORDER

  - against -

SHREE AUM, LLC AND RAJESH B. PATEL,

        Defendants.
```
───────────────────────────────────────
```
JOHN G. KOELTL, District Judge:

    The parties should submit a Rule 26(f) Report by March 19, 2021.

SO ORDERED.

Dated:    New York, New York
           March 10, 2021

                                          /s/ John G. Koeltl
                                            John G. Koeltl
                                   United States District Judge