UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

MT. HAWLEY INSURANCE COMPANY,

                Plaintiff,

- against-                        20-cv-9902 (JGK)

SHREE AUM, LLC, ET AL.,           ORDER

                Defendants.

---

RAJESH B PATEL, ET AL.,

                Third Party Plaintiffs,

- against-

LANCASTER MCADEN WILLIS SMITH
COMPANY, THE INSURANCE CENTER,

                Third Party Defendant.

---

JOHN G. KOELTL, District Judge:

    A pre-motion conference is scheduled for **April 4, 2022, at 10:00 a.m.** The parties may access the pre-motion conference using the following dial-in: 888-363-4749, with access code 8140049.

    The Clerk is directed to close Docket No. 37.

SO ORDERED.

Dated:    New York, New York
            March 28, 2022

                                      /s/ John G. Koeltl
                                      John G. Koeltl
                                   United States District Judge