UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

MT. HAWLEY INSURANCE COMPANY,

              Plaintiff,

   - against -

SHREE AUM, LLC, and RAJESH B PATEL,
              Defendants.

20-cv-9902 (JGK)

ORDER

---

RAJESH B PATEL and SHREE AUM, LLC

       Third-Party Plaintiffs,

   - against -

LANCASTER MCADEN WILLIS SMITH COMPANY,
THE INSURANCE CENTER,

       Third-Party Defendant.

---

JOHN G. KOELTL, District Judge:

    As discussed during today's teleconference, the request for a stay of discovery, ECF No. 39, is **granted**. The parties should submit a status letter by **August 5, 2022**.

SO ORDERED.

Dated:    New York, New York
          April 4, 2022

                                            John G. Koeltl
                                      United States District Judge