UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
───────────────────────────────

MT. HAWLEY INSURANCE COMPANY,

                Plaintiff,

 - against-                          20-cv-9902 (JGK)

SHREE AUM LLC, ET AL.,           ORDER

                Defendants.
───────────────────────────────

SHREE AUM LLC, ET AL.,

       Third-Party Plaintiffs,

 - against-

LANCASTER MCADEN WILLIS SMITH
COMPANY, THE INSURANCE CENTER,

       Third-Party Defendant.
───────────────────────────────

JOHN G. KOELTL, District Judge:

    As discussed at the conference held today, the parties should submit a joint stipulation by May 20, 2022.

SO ORDERED.

Dated:    New York, New York
          May 13, 2022

                                       /s/ John G. Koeltl
                                          John G. Koeltl
                                  United States District Judge